**UNITED STATES BANKRUPTCY COURT**
**FOR THE Western District of Michigan**

In re:  **Roxanne Lee Maxim**                                  Case No. 20-03101
                                          ,                    Chapter 13
Debtor(s).                                                     Hon. James W. Boyd
_____/                             Filed: **10/05/2020**

**SECOND PRECONFIRMATION AMENDED CHAPTER 13 PLAN**

**B. LIQUIDATION ANALYSIS.**

1. Debtor(s) assert(s) the non-exempt equity in the case is $**12,396.14**.
2. The liquidation value of the estate as required by 11 U.S.C. § 1325(a)(4) is $**3,249.10.** This amount represents the calculation by the Debtor(s) of non-exempt equity in the case, minus priority unsecured claims and other allowable deductions.

**II. FUNDING**

**A. PLAN PAYMENT**  The Debtor(s) shall make payments in the amount of $ **185.00** per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☒ month for the minimum of the ACP, subject to changes as set forth in paragraph II.B or II.C, below, or until further order of the Court.

**III. DISBURSEMENTS**

**F. UNSECURED CREDITORS.**

**General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes. The allowed claims of general unsecured creditors will be satisfied by:

☐ Payment of a dividend of 100%, plus present value of _____% interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

☒ Payment of a pro-rata share of a fixed amount of $ **3,249.10** or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more. This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a). However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.2

THIS PLAN REMAINS UNCHANGED IN ALL RESPECTS
NOT IN CONFLICT WITH THESE AMENDMENTS.

Date: 02/08/2021                                /S/
                                                **Roxanne Lee Maxim**           , Debtor

Date: 02/08/2021                                /S/
                                                **Jeffrey D. Mapes P70509**     , Counsel for the Debtor(s)